[No. 10280–7–III. Division Three. October 23, 1990.]

*In the Matter of the Marriage of* ALFRED K. SLATER, *Respondent, and* MAXINE G. SLATER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–3–00621–2, B.J. McLean, J. Pro Tem., entered September 5, 1989. *Reversed* by unpublished per curiam opinion.

[No. 9745–5–III. Division Three. October 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL PHILLIP SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00403–1, Michael E. Donohue, J., entered January 4, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 10299–8–III. Division Three. October 25, 1990.]

JAMES L. CAMPBELL, *Respondent,* v. VICTOR CHIMIENTI, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–2–02199–2, Willard A. Zellmer, J. Pro Tem., entered October 2, 1989. *Reversed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.